Andrea Weiss (SBN 252429)
350 South Grand Ave,, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Plaintiff
ROSA ROMERO HERNANDEZ

Stephen F. Lopez (SBN 125058)
Email: steve@gerlop.com
GERACI & LOPEZ
817 W. San Marcos Blvd.
San Marcos, CA  92708
Telephone: (619) 233-3131
Facsimile: (619) 374-1911

Attorneys for Defendants
SAMAD ATTISHA AND YVONNE ATTISHA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ROMERO HERNANDEZ, | ) Case No. 3:09-CV-02257-IEG-WMC |
| Plaintiff, | ) **JOINT MOTION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | ) |
| SAMAD ATTISHA and YVONNE ATTISHA, | ) |
| Defendants. | ) |

The parties having agreed to settle the above-captioned matter hereby stipulate for the dismissal of this matter, with prejudice. Each party shall bear their own costs in compliance with the parties' settlement agreement.

The stipulation may be signed in counterparts.

IT IS SO STIPULATED.

IT SO STIPULATED AND AGREED

Dated: March 15, 2011     HOWREY LLP

By: / S/ Andrea Weiss
    Andrea Weiss
    Attorneys for Plaintiff
    ROSA ROMERO HERNANDEZ

Dated: March 15, 2011     GERACI & LOPEZ

By: /S/ Stephen Lopez
    Stephen F. Lopez
    Attorney for Defendants
    SAMAD ATTISHA and YVONNE ATTISHA